with twenty dollars costs and disbursements, with leave to plaintiff to move to vacate or amend the demand for a bill of particulars within five days after service of order, or, in the alternative, to serve a bill of particulars in accordance with the demand within ten days after service of order. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of WILLIAM H. GRIFFIN, JR., an Attorney.— Reference ordered. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of BENJAMIN JAFFE, an Attorney.— Reference ordered. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of SAMUEL H. LAGUSKER, an Attorney.— Reference ordered. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of THOMAS H. Low, an Attorney.— Reference ordered. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

INGERSOLL-RAND COMPANY v. THE PEOPLE OF THE STATE OF NEW YORK and Others. IRVING TRUST COMPANY, as Trustee in Bankruptcy of JOSEPH D. DUFFY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BERTH LEVI & Co., INC., v. HENRY H. BUEL, Doing Business, etc., and PEARL ASSURANCE COMPANY, LIMITED.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

THORER & HOLLANDER, INC., v. IRVING TRUST COMPANY, as Trustee, etc., and Others. MORRIS FUCHS. IRVING TRUST COMPANY, as Trustee, etc. LOUIS A. COHEN & BRO., INC., v. IRVING TRUST COMPANY, as Trustee, etc., and Others. MORRIS FUCHS. IRVING TRUST COMPANY, as Trustee, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

NORTH RIVER SAVINGS BANK v. SIDDA REALTY COMPANY, INC., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARIE L. GLEASON v. JENNIE L. REDDY, as Administratrix, etc., of ARTHUR J. REDDY, Deceased, Interpleaded Herein and Substituted for the TRAVELERS INSURANCE COMPANY.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of an Audit of Payroll Expenditures of WILAKA CONSTRUCTION Co., INC., by the STATE INSURANCE FUND. STATE INSURANCE FUND v. WILAKA CONSTRUCTION Co., INC. In the Matter of an Audit of Payroll Expenditures of LAZERE & KAPLAN, INC., by the STATE INSURANCE FUND. STATE INSURANCE FUND v. LAZERE & KAPLAN, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARGARET M. MOONEY v. HENRY A. LIBAIRE and Others, Impleaded with DWIGHT F. FAULKNER, JR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.